**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Patricia LALL, Defendant–Appellant.**

**No. 06–11087**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 19, 2006.

Timothy Cone, Federal Public Defender's Office, Ft. Lauderdale, FL, Kathleen M. Williams, Hector Flores, Miami, FL, for Defendant–Appellant.

---

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BLACK, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

Timothy Cone, appointed counsel for Patricia Lall in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lall's conviction and sentence are **AFFIRMED.**